*Friday, July 29, 1994*

## MOTION DOCKET

**93–256.** Thomas v. Newark Bd. of Edn. *Licking County,* No. 92–CA–53. *Sua sponte,* this cause is to be set for oral argument.

## DISCIPLINARY DOCKET

**94–902.** Columbus Bar Assn. v. Streifender. On response to show cause order. Christopher M. Streifender, Attorney Registration No. 0003650, is found in contempt; if he does not purge himself within ten days, he will be immediately suspended from the practice of law.

*Tuesday, August 2, 1994*

## MOTION DOCKET

**92–2549.** Cosgrove v. Williamsburg of Cincinnati Mgt. Co. *Hamilton County,* No. C–910545. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Counsel for *amici curiae* 9 to 5 et al. have filed a motion for leave to submit additional authorities containing citations to and discussion of additional authorities. In that S.Ct.Prac.R. IX(8) provides that, unless ordered by this court, additional briefs or other materials relating to the merits of a case shall not be tendered for filing after oral argument,

IT IS ORDERED by the court, *sua sponte,* that the motion for leave to submit additional authorities be, and hereby is, stricken, effective July 28, 1994.

**94–1174.** State v. Mays. *Cuyahoga County,* No. 67262. This cause is pending before the court as a discretionary appeal. Counsel for appellee has filed a motion for emergency relief, requesting that the court accept an untimely memorandum opposing appellant's motion for bail (and certain other untimely documents not filed in or related to this case), in the interest of justice, per S.Ct.Prac.R. IV(4)(C). In that S.Ct.Prac.R. XIV(1)(C) prohibits untimely filings and also prohibits motions to waive this rule,

IT IS ORDERED by the court, *sua sponte,* that appellee's motion for emergency relief be, and hereby is, stricken, effective July 28, 1994.

## MISCELLANEOUS DISMISSALS

**94–123.** Paul A. Stradtman Constr. Co. v. Indus. Comm. *Franklin County,* No. 92AP–844. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application be, and the same is hereby, granted, effective July 27, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**94–847.** Columbia Gas Transm. Corp. v. Limbach. Board of Tax Appeals, No. 90–J–444. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application be, and the same is hereby, granted, effective July 28, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.